UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-EASTERN DISTRICT

In the Matter of:

Baby N" Kids Bedrooms, Inc.

Case No. 06-47264
Chapter 7
Honorable Steven W. Rhodes

Debtor(s).

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$788.43** represents the total sum of unclaimed dividends in the estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The name and address of the Party entitled to these unclaimed dividends is as follows:

| (Creditor) | (Claim No.) | (Amount) |
|---|---|---|
| 1. Amanda Ross | 17 | $ 111.25 |
| 2. Krista Hohl | 33 | $ 40.86 |
| 3. Melissa Scher | 38 | $ 44.50 |
| 4. Jane Kim | 49 | $ 80.50 |
| 5. Julie Predd | 50 | $ 12.50 |
| 6. Monica Dressler | 51 | $ 9.00 |
| 7. Laura and Craig Charnas | 59 | $ 111.25 |
| 8. Amit Sanyal | 64 | $25.00 |
| 9. Christian Alessi | 86 | $42.00 |
| 10. Deborah Brackin | 98 | $20.00 |
| 11. Susan Driscall | 106 | $10.69 |
| 12. Daniel and Kathy McKay | 110 | $18.75 |
| 13. Mani and Nita Mukherji | 114 | $30.00 |
| 14. Matt Kosikowski | 117 | $22.50 |
| 15. Kathy Stocking | 121 | $73.38 |
| 16. Jeff Gaydash | 80 | $111.25 |
| 17. Christine Lammers | 85 | $25.00 |
| | Total: | $788.43 |

Dated: May 10, 2010

/s/ Michael A. Stevenson
Michael A. Stevenson, Trustee
Stevenson & Bullock, P.L.C.
26100 American Drive, Suite 500
Southfield, MI 48034